

FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0025

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0025

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRANDI ALICE CLARKE,

Defendant and Appellant.

FILED

JAN 17 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Brandi Alice Clarke from the order entered on August 25, 2022, by the Twenty-First Judicial District Court, Ravalli County, in Cause No. DC 21-196. The Attorney General's Office does not object to this motion.

Wright asserts that Clarke's trial attorney timely referred Clarke's case to the Appellate Defender Division (ADD) on September 12, 2022. However, due to a clerical error at ADD, a Notice of Appeal was not timely filed.

Wright asserts that it would be unjust to deny Clarke the right to appeal when the untimeliness of the Notice of Appeal was caused by an error or oversight out of Clarke's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Office of Appellate Defender shall have 30 days from the date of this Order within which to prepare, file, and serve a Notice of Appeal

and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 17th day of January, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices